UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ELLIOT CALLENDER,

                                    Plaintiff,     **STIPULATION AND ORDER OF PARTIAL DISMISSAL**

        -against-

CITY OF NEW YORK, et al.,

                                  Defendants.    16 CV 1706 (LDH) (CLP)
-----------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that plaintiff ELLIOT CALLENDER, hereby voluntarily dismisses and discontinues all claims against DETECTIVE DEAN CAMPBELL, DETECTIVE MAXIMILLIAN LANZA, DETECTIVE DANIEL NICOLETTI, DETECTIVE SHAWN NORDENSCHILD, DETECTIVE ARMANDO SAITTA, DETECTIVE AMJHAD KASIJI, DETECTIVE GLORIA PAGAN, and DETECTIVE EFRAIN COLLADO in the above entitled proceeding with prejudice.

Dated: New York, New York
       December 22, 2017

HELD & HINES, LLP
*Attorneys for Plaintiff*
2004 Ralph Avenue
Brooklyn, New York 11234
718-531-9700

By: _____
    Phillip M. Hines

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: _____
    Matthew W. McQueen
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. LaSHANN DeARCY HALL
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017